# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-316 |
| Plaintiff, | |
| vs. | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DAVID THIRIOT |
| DAVID THIRIOT, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DAVID THIRIOT**, 01998848, before the United States Magistrate Judge at Las Vegas, Nevada, on or about I/A&A/P Fri :9/9/11 3:00 PM CWH 3D, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 8-31-11

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
NICHOLAS D. DICKINSON
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr- 316 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DAVID THIRIOT |
| DAVID THIRIOT, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **DAVID THIRIOT**, 01998848, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **DAVID THIRIOT** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **DAVID THIRIOT** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on ___ I/A&A/P Fri :9/9/11  3:00 PM  CWH  3D ___, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **DAVID THIRIOT** before the United States Magistrate Judge on or about ___ I/A&A/P Fri :9/9/11  3:00 PM  CWH  3D ___, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
2  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention
3  Center and to the United States Marshal for the District of Nevada, commanding them to
4  produce the said **DAVID THIRIOT** before the United States District Court on or about
5  _I/A&A/P Fri :9/9/11   3:00 PM   CWH   3D_, and from time to time and day to day thereafter,
6  at such times and places as may be ordered and directed by the Court entitled above, to
7  appear before the Court, and when excused by the said Court, to be returned to the custody
8  of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED:** this _30_ day of August 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

NICHOLAS D. DICKINSON
Assistant United States Attorney

2